UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS RUIZ,<br><br>                    Plaintiff,<br><br>-against-<br><br>808 BROADWAY ASSOCIATES, LLC,<br><br>                    Defendant. | 24-CV-1741 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **May 17, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: May 6, 2024
          New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge